Isidore Simon, appellant, v. Arthur D. Foyer, appellee. Gen. No. 39,562.

 Heard in the second division of this court for the first district at the June term, 1937. Order entered January 29, 1937, Opinion filed November 17, 1938.

Harris F. Williams and Robert C. Baumgartner, for appellant. Arthur D. Foyer, *pro se.*

Mr. Justice Burke delivered the opinion of the court.